THE STATE OF MONTANA, RELATOR, v. THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF LEWIS AND CLARK, AND THE HONORABLE ARNOLD OLSEN, PRESIDING JUDGE, RESPONDENTS.

No. 13598.
Decided Nov. 22, 1976.
556 P.2d 520.

## ORDER

PER CURIAM:

In this original proceeding an adversary hearing was held pursuant to order of the Court, counsel appeared in oral argument, briefs were filed, and at the conclusion of the hearing the matter was taken under advisement.

The Court now being advised IT IS ORDERED that the relief sought herein be denied and this action is dismissed.

Our stay order of November 15, 1976, is vacated.